**UNITED STATES of America, Plaintiff–Appellee,**

v.

**William Ray PHILLIPS, II, also known as William Ray Phillips, Defendant–Appellant.**

**No. 04–50506.**

**Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Oct. 21, 2004.

William Ray Phillips, II, Federal Medical Center Fort Worth, Fort Worth, TX, for Defendant–Appellant.

Before JOLLY, JONES, and WIENER, Circuit Judges.

PER CURIAM: *

William Ray Phillips, II, federal prisoner # 26337–180, appeals from the district court's denial of his "MOTION FOR INSOLVENCY." Phillips argued in the motion, and argues on appeal, that the Bureau of Prisons is engaging in unfair debt collection practices for purposes of the Fair Debt Collection Practices Act by garnishing a portion of his prison earnings to satisfy his criminal fine and special assessment.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

Phillips's criminal fine and special assessment are not fines for purposes of the Fair Debt Collection Practices Act. *See* 15 U.S.C. § 1692a(5). The district court properly denied Phillips's "MOTION FOR INSOLVENCY." Because Phillips's instant appeal lacks arguable merit, it is DISMISSED as frivolous. *See* 5TH CIR. R. 42.2; *Howard v. King,* 707 F.2d 215, 219–20 (5th Cir.1983). Phillips is warned that he will be subject to sanctions if he makes any further frivolous filings.

APPEAL DISMISSED AS FRIVOLOUS; SANCTION WARNING ISSUED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.